THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HTC Corporation and HTC America, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>Telefonaktiebolaget LM Ericsson and Ericsson Inc.,<br><br>Defendants. | CASE NO.: 2:17-cv-00534<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER APPROVING ACCEPTANCE OF SERVICE OF SUMMONS AND EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>April 27, 2017 |

STIPULATED MOTION AND [PROPOSED] ORDER APPROVING ACCEPTANCE OF SERVICE OF SUMMONS AND EXTENSION TO RESPOND TO COMPLAINT
2:17-cv-00534

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Plaintiffs HTC Corporation and HTC America, Inc. (collectively, HTC) and Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc., (together, Ericsson) hereby stipulate:

WHEREAS, on April 6, 2017, HTC filed a complaint in this action, which alleges breach of contract, breach of the covenant of good faith and fair dealing, and promissory estoppel (Complaint);

WHEREAS, on April 7, 2017, HTC effectuated service of summons on Ericsson Inc., through its agent of service Capitol Corporate Service Inc, RA;

WHEREAS, Defendant Telefonaktiebolaget LM Ericsson is a foreign entity that has not been served with process;

WHEREAS, the parties to this stipulation seek to resolve issues of service and establish a single date for both Defendants to respond to HTC's Complaint.

NOW THEREFORE, the parties to this stipulation agree, subject to the Court's approval, as follows:

1. Telefonaktiebolaget LM Ericsson will waive service of summons in this matter and will move, answer, or otherwise respond to HTC's complaint on or before July 27, 2017.

2. Ericsson Inc.'s deadline to move, answer, or otherwise respond to the Complaint is extended to July 27, 2017

3. By entering this stipulation, no party is waiving any argument, right or defense, except as to issues related to service of summons.

Dated: April 27, 2017

*s/ James C. Yoon*
James C. Yoon, *Admitted Pro Hac Vice*
**Wilson Sonsini Goodrich & Rosati**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com

*Attorneys for Plaintiffs HTC Corporation and HTC America, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER APPROVING ACCEPTANCE OF
SERVICE OF SUMMONS AND EXTENSION TO
RESPOND TO COMPLAINT–PAGE 1
2:17-cv-00534

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1 | Dated: April 27, 2017

*s/ Steven J. Pollinger*
Steven J. Pollinger
Washington State Bar # 23075
McKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8702
Facsimile: (512) 692-8744
Email: spollinger@mckoolsmith.com

*Attorneys for Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc.*

---

STIPULATED MOTION AND [PROPOSED]
ORDER APPROVING ACCEPTANCE OF
SERVICE OF SUMMONS AND EXTENSION TO
RESPOND TO COMPLAINT–PAGE 2
2:17-cv-00534

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

1. Telefonaktiebolaget LM Ericsson waives service of summons in this matter and will move, answer, or otherwise respond to HTC's complaint on or before July 27, 2017.

2. Ericsson Inc.'s deadline to move, answer, or otherwise respond to the Complaint is extended to July 27, 2017.

3. Nothing in this Order shall be construed as a waiver of any argument, right or defense of any party, except as to issues related to service of summons.

**IT IS SO ORDERED.**

Dated this 2nd day of May, 2017.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:
James C. Yoon, *Admitted Pro Hac Vice*
**Wilson Sonsini Goodrich & Rosati**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com

*Attorneys for Plaintiffs*
*HTC Corporation and HTC America, Inc.*

Steven J. Pollinger
Washington State Bar # 23075
McKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8702
Facsimile: (512) 692-8744
Email: spollinger@mckoolsmith.com

*Attorneys for Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER APPROVING ACCEPTANCE OF
SERVICE OF SUMMONS AND EXTENSION TO
RESPOND TO COMPLAINT–PAGE 3
2:17-cv-00534

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699