The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC., <br><br> Defendants. | CASE NO. 2:17-cv-534-RSL <br><br> STIPULATED MOTION AND [PROPOSED] ORDER APPROVING SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT <br><br> **NOTE ON MOTION CALENDAR:** <br> **July 5, 2017** |

**STIPULATION**

Plaintiffs HTC Corporation and HTC America, Inc. (together, HTC) and Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc. (together, Ericsson) hereby stipulate as follows:

WHEREAS, on April 6, 2017, HTC filed a complaint in this action, which alleges breach of contract, breach of the covenant of good faith and fair dealing, and promissory estoppel (ECF No. 1);

WHEREAS, on May 2, 2017, this Court granted the Parties' Stipulated Motion and [Proposed] Order Approving Acceptance of Service of Summons and Extension of Time to Respond to Complaint (ECF No. 19), allowing an extension of time to July 27, 2017, in order to facilitate the Parties' resolution of service of process issues;

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING SECOND EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 1
(CASE NO. 2:17-cv-534-RSL)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4852-0627-8987

    WHEREAS, since the Court's May 2, 2017 Order, the Parties have engaged in further license negotiations in which a next meeting is being discussed to take place over the coming weeks, and the Parties seek to undertake these negotiations without the expense and disruptive impacts of active litigation.

    NOW THEREFORE, the Parties agree, subject to the Court's approval, as follows:

    1.    Ericsson's deadline to move, answer, or otherwise respond to the Complaint is extended to September 25, 2017.

    2.    By entering this stipulation, no Party is waiving any argument, right or defense, except as to issues related to service of summons.

Dated: July 5, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By *s/ James C. Yoon (Per Email Authorization)*
    Gregory L. Watts, WSBA #43995
    701 Fifth Avenue, Suite 5100
    Seattle, WA 98104
    Tel:    (206) 883-2500
    Email:  *gwatts@wsgr.com*

James C. Yoon (*admitted pro hac vice*)
Dale R. Bish (*admitted pro hac vice*)
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Email:  *jyoon@wsgr.com*
          *dbrish@wsgr.com*

Olivia M. Kim (*admitted pro hac vice*)
633 W. Fifth Street, Suite 1550
Los Angeles, CA 90071
Tel:    (232) 210-2900
Email:  *okim@wsgr.com*

***Attorneys for Plaintiffs HTC Corporation and HTC America, Inc.***

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING SECOND EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 2
(CASE NO. 2:17-cv-534-RSL)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4852-0627-8987

DATED: July 5, 2017

SUMMIT LAW GROUP PLLC

By *s/ Philip S. McCune*
Philip S. McCune, WSBA #21081
Steven O. Fortney, WSBA #44704
315 Fifth Avenue S., Suite 1000
Tel:     (206) 676-7000
Email:   philm@summitlaw.com
         stevef@summitlaw.com

Laurie Fitzgerald (*pro hac vice pending*)
Steven J. Pollinger, WSBA #23075
McKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Tel:     (512) 692-8700
Email:   lfitzgerald@mckoolsmith.com
         spollinger@mckoolsmith.com

***Attorneys for Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc.***

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

1. Ericsson's deadline to move, answer, or otherwise respond to HTC's Complaint is extended to September 25, 2017.

2. Nothing in this Order shall be construed as a waiver of any argument, right or defense of any Party.

DATED this 6th day of July, 2017.

_____
THE HONORABLE ROBERTS S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING SECOND EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 3
(CASE NO. 2:17-cv-534-RSL)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4852-0627-8987

*Presented by:*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By *s/ James C. Yoon (Per Email Authorization)*
    Gregory L. Watts, WSBA #43995
    701 Fifth Avenue, Suite 5100
    Seattle, WA 98104
    Tel:    (206) 883-2500
    Email:  gwatts@wsgr.com

    James C. Yoon (*admitted pro hac vice*)
    Dale R. Bish (*admitted pro hac vice*)
    650 Page Mill Road
    Palo Alto, CA 94304-1050
    Tel: (650) 493-9300
    Email:  jyoon@wsgr.com
            dbrish@wsgr.com

    Olivia M. Kim (*admitted pro hac vice*)
    633 W. Fifth Street, Suite 1550
    Los Angeles, CA 90071
    Tel:    (232) 210-2900
    Email:  okim@wsgr.com

*Attorneys for Plaintiffs HTC Corporation and HTC America, Inc.*

SUMMIT LAW GROUP PLLC

By *s/ Philip S. McCune*
    Philip S. McCune, WSBA #21081
    Steven O. Fortney, WSBA #44704
    315 Fifth Avenue S., Suite 1000
    Tel:    (206) 676-7000
    Email:  philm@summitlaw.com
            stevef@summitlaw.com

    Laurie Fitzgerald (*pro hac vice pending*)
    Steven J. Pollinger, WSBA #23075
    McKOOL SMITH P.C.
    300 W. 6th Street, Suite 1700
    Austin, TX 78701
    Tel:    (512) 692-8700
    Email:  lfitzgerald@mckoolsmith.com
            spollinger@mckoolsmith.com

*Attorneys for Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER
APPROVING SECOND EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 4
(CASE NO. 2:17-cv-534-RSL)

4852-0627-8987

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001