| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HTC CORPORATION and HTC AMERICA, INC. | | Case No.: 2:17-cv-00534-MJP |
| | Plaintiffs, | ORDER GRANTING MOTION TO SEAL |
| v. | | |
| TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC., | | |
| | Defendants. | |

ORDER GRANTING
MOTION TO SEAL
Case No. 2:17-cv-534 – 1

1  This matter came before the court on Plaintiffs' Motion to Seal.  Having reviewed
2  Plaintiffs' Motion and being advised that Defendants have no objection to the motion, now,
3  therefore, it is
4  ORDERED that the motion is GRANTED; and it is further
5  ORDERED that Plaintiffs' Opposition to Defendants' Motion to Dismiss or Transfer, as
6  well as Exhibits W-Z, AD-AF, AX, AZ and BG to the Declaration of Kevin A. Zeck in Support
7  of Plaintiffs' Opposition to the Motion to Dismiss or Transfer, shall REMAIN SEALED.

SO ORDERED this _8th_ day of __January__, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

By:   /s/*Kevin A. Zeck*
      Kevin A. Zeck, # 41689
      **Perkins Coie LLP**
      1201 Third Avenue, Suite 4900
      Seattle, WA 98101-3099
      Telephone: 206.359.8000
      Facsimile: 206.359.9000
      Email: KZeck@perkinscoie.com

      *Attorneys for Plaintiffs HTC Corporation
      And HTC America, Inc.*

ORDER GRANTING
MOTION TO SEAL
Case No. 2:17-cv-534 – 2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2018, I caused copies of the foregoing document to be served via ECF to the following counsel of record:

Philip S. McCune, WSBA #21081
Steven O. Fortney, WSBA #44704
SUMMIT LAW GROUP PLLC
315 Fifth Avenue S., Suite 1000
Tel: (206) 676-7000
Email: philm@summitlaw.com
Email: stevef@summitlaw.com

Laurie Fitzgerald *(admitted pro hac vice)*
Theodore Stevenson, III
McKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Tel: (512) 692-8700
Email: lfitzgerald@mckoolsmith.com
Email: tstevenson@mckoolsmith.com

*Attorneys for Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc.*

                                                      */s/ Kevin A. Zeck*
                                                      Kevin A. Zeck