# EXHIBIT G

**INTERNATIONAL COURT OF ARBITRATION®** | **INTERNATIONAL CENTRE FOR ADR** | LEADING DISPUTE RESOLUTION WORLDWIDE

# ARBITRATION RULES
In force as from 1 March 2017

# MEDIATION RULES
In force as from 1 January 2014



**ICC INTERNATIONAL CHAMBER OF COMMERCE**

    The claimant may submit such other documents or information with the Request as it considers appropriate or as may contribute to the efficient resolution of the dispute.

4  Together with the Request, the claimant shall:

    a) submit the number of copies thereof required by Article 3(1); and

    b) make payment of the filing fee required by Appendix III ("Arbitration Costs and Fees") in force on the date the Request is submitted.

    In the event that the claimant fails to comply with either of these requirements, the Secretariat may fix a time limit within which the claimant must comply, failing which the file shall be closed without prejudice to the claimant's right to submit the same claims at a later date in another Request.

5  The Secretariat shall transmit a copy of the Request and the documents annexed thereto to the respondent for its Answer to the Request once the Secretariat has sufficient copies of the Request and the required filing fee.

### ARTICLE 5

### Answer to the Request; Counterclaims

1  Within 30 days from the receipt of the Request from the Secretariat, the respondent shall submit an Answer (the "Answer") which shall contain the following information:

    a) its name in full, description, address and other contact details;

    b) the name in full, address and other contact details of any person(s) representing the respondent in the arbitration;

    c) its comments as to the nature and circumstances of the dispute giving rise to the claims and the basis upon which the claims are made;

    d) its response to the relief sought;

  e) any observations or proposals concerning the number of arbitrators and their choice in light of the claimant's proposals and in accordance with the provisions of Articles 12 and 13, and any nomination of an arbitrator required thereby; and

  f) any observations or proposals as to the place of the arbitration, the applicable rules of law and the language of the arbitration.

  The respondent may submit such other documents or information with the Answer as it considers appropriate or as may contribute to the efficient resolution of the dispute.

2 The Secretariat may grant the respondent an extension of the time for submitting the Answer, provided the application for such an extension contains the respondent's observations or proposals concerning the number of arbitrators and their choice and, where required by Articles 12 and 13, the nomination of an arbitrator. If the respondent fails to do so, the Court shall proceed in accordance with the Rules.

3 The Answer shall be submitted to the Secretariat in the number of copies specified by Article 3(1).

4 The Secretariat shall communicate the Answer and the documents annexed thereto to all other parties.

5 Any counterclaims made by the respondent shall be submitted with the Answer and shall provide:

  a) a description of the nature and circumstances of the dispute giving rise to the counterclaims and of the basis upon which the counterclaims are made;

  b) a statement of the relief sought together with the amounts of any quantified counterclaims and, to the extent possible, an estimate of the monetary value of any other counterclaims;

  c) any relevant agreements and, in particular, the arbitration agreement(s); and

  d) where counterclaims are made under more than one arbitration agreement, an indication of the arbitration agreement under which each counterclaim is made.

    The respondent may submit such other documents or information with the counterclaims as it considers appropriate or as may contribute to the efficient resolution of the dispute.

6  The claimant shall submit a reply to any counterclaim within 30 days from the date of receipt of the counterclaims communicated by the Secretariat. Prior to the transmission of the file to the arbitral tribunal, the Secretariat may grant the claimant an extension of time for submitting the reply.

### ARTICLE 6

#### Effect of the Arbitration Agreement

1  Where the parties have agreed to submit to arbitration under the Rules, they shall be deemed to have submitted *ipso facto* to the Rules in effect on the date of commencement of the arbitration, unless they have agreed to submit to the Rules in effect on the date of their arbitration agreement.

2  By agreeing to arbitration under the Rules, the parties have accepted that the arbitration shall be administered by the Court.

3  If any party against which a claim has been made does not submit an Answer, or if any party raises one or more pleas concerning the existence, validity or scope of the arbitration agreement or concerning whether all of the claims made in the arbitration may be determined together in a single arbitration, the arbitration shall proceed and any question of jurisdiction or of whether the claims may be determined together in that arbitration shall be decided directly by the arbitral tribunal, unless the Secretary General refers the matter to the Court for its decision pursuant to Article 6(4).