IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HTC Corporation and HTC America, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Telefonaktiebolaget LM Ericsson and Ericsson Inc. <br><br> Defendants. <br><hr> Telefonaktiebolaget LM Ericsson and Ericsson Inc., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> HTC Corporation and HTC America, Inc. <br><br> Counterclaim Defendants. | Case No.: 6:18-cv-00243-JRG <br><br> **JURY TRIAL DEMANDED** <br><br> **PUBLIC VERSION** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEVER, STAY, AND COMPEL ARBITRATION OF PLAINTIFFS' "PAST REFUND" CLAIMS UNDER PRIOR LICENSE AGREEMENTS**

Before the Court is Ericsson's Motion to Sever, Stay, and Compel Arbitration of Plaintiffs' "Past Refund" Claims Under Prior License Agreements. The Court, having considered all evidence before it, hereby **GRANTS** Ericsson's Motion to Sever, Stay, and Compel Arbitration of Plaintiffs' "Past Refund" Claims Under Prior License Agreements.

Accordingly, **IT IS SO ORDERED** that the Motion is **GRANTED**. HTC's claims for a refund of "back royalties" paid under the 2003, 2008, and 2014 licenses are hereby severed from the "go-forward" claim arising out of the parties' 2016 cross-license negotiations. Furthermore,

the "back royalties" claims are stayed pending arbitration of those claims. The "go-forward" claim will not be stayed and will proceed to trial under the current Docket Control Order.