# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HTC CORPORATION AND<br>HTC AMERICA, INC.<br><br>      Plaintiffs,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM<br>ERICSSON AND ERICSSON, INC.<br><br>      Defendants. | Case No. 6:18-cv-00243-JRG<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION SETTING BRIEFING SCHEDULE ON ERICSSON'S MOTION TO SEVER AND STAY HTC'S ANTITRUST CLAIMS

Pursuant to the Court's Order (Dkt. No. 144), Plaintiffs HTC Corporation and HTC America, Inc. and Defendants Telefonaktiebolaget LM Ericsson and Ericsson, Inc. (collectively, "the Parties") respectfully move the Court to enter a briefing schedule related to Ericsson's Motion to Sever and Stay HTC's Antitrust Claims (Dkt. No. 140). The Parties agree to the following briefing schedule:

| EVENT | DEADLINE |
|---|---|
| HTC's Response to Ericsson's Motion to Sever and Stay HTC's Antitrust Claims (Dkt. No. 140) | September 10, 2018 by 5:00 p.m. CT |
| Ericsson's Reply thereto | September 15, 2018 by 5:00 p.m. CT |
| HTC's Sur-reply thereto | September 20, 2018 by 5:00 p.m. CT |

Respectfully submitted,

| | |
|---|---|
| */s/ Theodore Stevenson, III (with permission)* | */s/ Jennifer H. Doan* |
| Theodore Stevenson, III lead counsel | Jennifer H. Doan |
| TX State Bar No. 19196650 | Texas Bar No. 08809050 |
| tstevenson@mckoolsmith.com | Joshua R. Thane |
| Nicholas Mathews | Texas Bar No. 24060713 |
| TX State Bar No. 24085457 | HALTOM & DOAN |
| nmathews@mckoolsmith.com | 6500 Summerhill Road, Suite 100 |
| Chelsea A. Priest | Texarkana, TX 75503 |
| TX State Bar No. 24102375 | Telephone: (903) 255-1000 |
| cpriest@mckoolsmith.com | Facsimile: (903) 255-0800 |
| Jonathan Powers | Email: jdoan@haltomdoan.com |
| TX State Bar No. 24098277 | Email: jthane@haltomdoan.com |
| jpowers@mckoolsmith.com | |
| McKOOL SMITH, PC | David J. Burman, WA #10611 |
| 300 Crescent Court, Suite 1500 | Andrew Culbert WA #35925 |
| Dallas, TX 75201 | Susan Foster WA #18030 |
| Telephone: (214) 978-4000 | Jessica Everett-Garcia, Ariz. # 018359 |
| Telecopier: (214) 978-4044 | Kevin A. Zeck WA #41689 |
| | Jonathan R. Putman WA #47517 |
| Christine Woodin | Laura K. Hennessey, WA #47447 |
| TX State Bar No. 24199951 | Adam G. Hester, CA #311206 |
| cwoodin@mckoolsmith.com | PERKINS COIE LLP |
| McKOOL SMITH, PC | 1201 Third Avenue, Suite 4900 |
| 300 W. 6th Street, Suite 1700 | Seattle, WA 98101-3099 |
| Austin, TX 78701 | Tel: 206.359.8000/Fax: 206.359.9000 |
| Telephone: (512) 692-8700 | Email: DBurman@perkinscoie.com |
| Telecopier: (512) 692-8744 | Email: ACulbert@perkinscoie.com |
| | Email: SFoster@perkinscoie.com |
| Blake Bailey | Email: JEverettGarcia@perkinscoie.com |
| bbailey@mckoolsmith.com | Email: KZeck@perkinscoie.com |
| TX State Bar No. 24069329 | Email: JPutman@perkinscoie.com |
| McKOOL SMITH, PC | Email: LHennessey@perkinscoie.com |
| 600 Travis Street, Suite 7000 | Email: AHester@perkinscoie.com |
| Houston, TX 77002 | |
| Telephone: (713) 485-7300 | **ATTORNEYS FOR PLAINTIFFS HTC** |
| Telecopier: (713) 485-7344 | **CORPORATION AND HTC AMERICA,** |
| | **INC.** |
| **ATTORNEYS FOR DEFENDANTS** | |
| **AND COUNTERCLAIM PLAINTIFFS** | |
| **TELEFONAKTIEBOLAGET LM** | |
| **ERICSSON AND ERICSSON INC.** | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 31st day of August, 2018.

*/s/ Jennifer H. Doan*
Jennifer H. Doan