# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HTC CORPORATION AND<br>HTC AMERICA, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>TELEFONAKTIEBOLAGET LM<br>ERICSSON AND ERICSSON, INC.<br><br>    Defendants. | Case No. 6:18-cv-00243-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER SETTING BRIEFING SCHEDULE ON ERICSSON'S
## MOTION TO SEVER AND STAY HTC'S ANTITRUST CLAIMS

Before the Court is the Parties' Joint Motion Setting Briefing Schedule on Ericsson's Motion to Sever and Stay HTC's Antitrust Claims. (Dkt. No. 147.) Having considered the motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

It is hereby **ORDERED** that the following schedule of deadlines are in effect until further order of this Court:

| EVENT | DEADLINE |
|---|---|
| HTC's Response to Ericsson's Motion to Sever and Stay HTC's Antitrust Claims (Dkt. No. 140) | September 10, 2018 by 5:00 p.m. CT |
| Ericsson's Reply thereto | September 15, 2018 by 5:00 p.m. CT |
| HTC's Sur-reply thereto | September 20, 2018 by 5:00 p.m. CT |

**So ORDERED and SIGNED this 4th day of September, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE