# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON, INC., <br><br> Defendants | **Case No. 6:18-cv-00243-JRG** |

# [PROPOSED] VERDICT FORM

*HTC's Proposal:*

**Question No. 1**

Did HTC prove by a preponderance of the evidence that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ breached any of Ericsson's commitments ▓▓▓▓▓▓ ▓▓ on terms that were fair, reasonable, and non-discriminatory?

YES (for HTC) _____     NO (for Ericsson) _____

**Question No. 2**

Did HTC prove by a preponderance of the evidence that Ericsson breached its obligation of good faith and fair dealing in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

YES (for HTC) _____     NO (for Ericsson) _____

*If you answered "YES" to question number 1, question number 2, or both questions, do not answer any remaining questions in this verdict form, and sign this form, and notify the Deputy Clerk. If you answered "NO" to both question number 1 and question number 2 proceed to question number 3.*

**Question No. 3**

Did Ericsson prove by a preponderance of the evidence that HTC failed to respond in good faith to a valid offer?

YES (for Ericsson) _____     NO (for HTC) _____

1

*Please date and sign this verdict form and notify the Deputy Clerk that you have completed it.*

Signed this \_\_\_\_ day of February, 2019.

_____
Jury Foreperson

*Ericsson's Proposal:*

We, the jury, unanimously find as follows:

1. Did HTC prove by a preponderance of the evidence that Ericsson failed to negotiate in good faith for a license to Ericsson's essential patents covered by the ETSI IPR Policy?

    YES _____    NO _____

2. Did HTC prove by a preponderance of the evidence that Ericsson failed to make a FRAND offer for a license to Ericsson's essential patents covered by the ETSI IPR Policy?

    YES _____    NO _____

3. Did HTC prove by a preponderance of the evidence that Ericsson breached Ericsson's RAND commitment for WiFi patents to IEEE?

    YES _____    NO _____

4. Did Ericsson prove by a preponderance of the evidence that HTC failed to negotiate in good faith?

    YES _____    NO _____

_____
Jury Foreperson