# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| HTC CORPORATION, ET AL | § | |
| | § | |
| v. | § | |
| | § | Case No. 6:18-cv-243- JRG |
| TELEFONAKTIEBOLAGET LM | § | |
| ERICSSON, ET AL | § | |

## MINUTES FOR JURY SELECTION/JURY TRIAL
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### February 11, 2019

**OPEN:** 9:27 a.m.                                            **ADJOURN:** 6:40 p.m.

| ATTORNEYS FOR PLAINTIFFS: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Catherine Owens<br>Hao Wu<br>Jonathan Todd |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:27 a.m. | Court opened. Court's preliminary instructions to the Jury. |
| 9:37 a.m. | Counsel announced ready for hearing and introduced co-counsel. |
| | Jurors answered nine questions. |
| 10:05 a.m. | Court's additional instructions to the Jury. |
| 10:08 a.m. | Voir dire examination by Ms. Doan. |
| 10:39 a.m. | Voir dire examination by Mr. Baxter. |
| 11:09 a.m. | Bench conference. |
| 11:10 a.m. | Jury recess. |
| 11:50 a.m. | Jurors selected. Remainder of panel excused. |
| 11:59 a.m. | Jurors sworn and Court's instructions given. |
| 12:45 p.m. | Recess. |
| 1:39 p.m. | Court reconvened. Hearing outside the presence of the Jury. Messrs. Burman and Stevenson |
| 1:45 p.m. | Jury returned to the Courtroom. Court's additional instructions to the Jury. |
| 1:47 p.m. | Opening statement by Mr. Burman on behalf of Plaintiffs. |
| 2:13 p.m. | **Courtroom sealed.** |
| 2:18 p.m. | **Courtroom unsealed.** |
| | Opening statement by Mr. Stevenson on behalf of Defendants. |
| 2:37 p.m. | **Courtroom sealed.** |
| 2:50 p.m. | **Courtroom unsealed.** |
| 2:53 p.m. | Direct examination of Marcus Woo by Ms. Doan on behalf of Plaintiffs. |
| 3:35 p.m. | Bench conference. |
| 3:36 p.m. | Recess. |
| 3:58 p.m. | Court reconvened. Jury returned to the courtroom. |
| 4:00 p.m. | **Courtroom sealed.** Direct examination of Marcus Woo by Ms. Doan. |
| 4:12 p.m. | Bench conference. |
| 4:14 p.m. | Jury excused. Hearing outside the presence of the Jury. Mr. Stevenson argued on behalf of Defendants. Ms. Doan argued on behalf of Plaintiff. |
| 4:23 p.m. | Jury returned to courtroom. Court's instruction to Jury. |
| 4:24 p.m. | Direct examination of Marcus Woo by Ms. Doan. |
| 5:11 p.m. | **Courtroom unsealed.** Direct examination of Marcus Woo by Ms. Doan. |
| 5:17 p.m. | Bench conference. |
| 5:25 p.m. | Cross examination of Marcus Woo by Mr. Stevenson on behalf of Defendants. |
| 5:46 p.m. | Recess. |
| 6:02 p.m. | Cross examination of Marcus Woo by Mr. Stevenson on behalf of Defendants. |
| 6:40 p.m. | Court adjourned. |