# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| HTC CORPORATION, ET AL | § | |
| | § | |
| v. | § | |
| | § | Case No. 6:18-cv-243- JRG |
| TELEFONAKTIEBOLAGET LM | § | |
| ERICSSON, ET AL | § | |

## MINUTES FOR JURY TRIAL
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### February 12, 2019

**OPEN: 8:28 a.m.**                                                                 **ADJOURN: 6:37 p.m.**

| ATTORNEYS FOR PLAINTIFFS: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Catherine Owens<br>Hao Wu<br>Jonathan Todd |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |
| TIME | MINUTES |
| 8:28 a.m. | Court opened. Messrs. Fountain and Riddell read into the record exhibits used prior day. |
| 8:29 a.m. | Jury returned to the Courtroom. **Courtroom sealed.** |
| 8:30 a.m. | Cross examination of Marcus Woo by Mr. Stevenson. |
| 8:48 a.m. | **Courtroom unsealed.** |
| 8:50 a.m. | Bench conference. |
| 8:51 a.m. | Cross examination of Marcus Woo by Mr. Stevenson. |
| 9:16 a.m. | Redirect examination of Marcus Woo by Ms. Doan. |
| 9:19 a.m. | Bench conference. |
| 9:21 a.m. | Redirect examination of Marcus Woo by Ms. Doan. |
| 9:40 a.m. | Recross examination of Marcus Woo by Mr. Stevenson. Bench Conference. |
| 9:41 a.m. | Recross examination of Marcus Woo by Mr. Stevenson. |
| 9:46 a.m. | Redirect examination of Marcus Woo by Ms. Doan. |
| 9:47 a.m. | Parties passed the witness. Recess. |
| 10:00 a.m. | Court reconvened. Direct examination of Nigel Newby-House by Ms. Doan. |
| 10:30 a.m. | Bench conference. |

| TIME | MINUTES |
|---|---|
| 10:32 a.m. | Direct examination of Nigel Newby-House by Ms. Doan. |
| 10:33 a.m. | Cross examination of Nigel Newby-House by Mr. Baxter. |
| 10:55 a.m. | **Courtroom sealed**. Cross examination of Nigel Newby-House by Mr. Baxter. |
| 11:06 a.m. | Redirect examination of Nigel Newby-House by Ms. Doan. |
| 11:08 a.m. | **Courtroom unsealed.** Redirect examination of Nigel Newby-House by Ms. Doan. |
| 11:11 a.m. | Recross examination of Nigel Newby-House by Mr. Baxter. |
| | Parties passed the witness. |
| 11:14 a.m. | Direct examination of Dr. Andrew Wolfe by Ms. Doan. |
| 11:41 p.m. | **Courtroom sealed.** Direct examination of Dr. Andrew Wolfe by Ms. Doan. |
| 11:45 p.m. | **Courtroom unsealed.** Jury recess for lunch. Hearing outside the presence of the Jury. |
| 11:48 a.m. | Lunch recess. |
| 12:43 p.m. | Hearing outside the presence of the Jury. |
| 12:44 p.m. | Jury returned to the courtroom. Direct examination of Dr. Andrew Wolfe by Ms. Doan. |
| 12:49 p.m. | **Courtroom sealed.** Direct examination of Dr. Andrew Wolfe by Ms. Doan. |
| 12:53 p.m. | **Courtroom unsealed.** Direct examination of Dr. Andrew Wolf by Ms. Doan. |
| 1:02 p.m. | Cross examination of Dr. Andrew Wolfe by Mr. Lipschitz. |
| 1:12 p.m. | **Courtroom sealed.** Cross examination of Dr. Andrew Wolfe by Mr. Lipschitz. |
| 1:30 p.m. | Redirect examination of Dr. Andrew Wolfe by Ms. Doan. |
| 1:41 p.m. | **Courtroom unsealed.** Recross examination of Dr. Andrew Wolfe by Mr. Lipschitz. |
| 1:44 p.m. | Redirect examination of Dr. Andrew Wolfe by Ms. Doan. |
| 1:45 p.m. | Parties passed the witness. |
| 1:46 p.m. | Direct examination of Grace Lei by Mr. Burman. |
| 2:07 p.m. | **Courtroom sealed.** Direct examination of Grace Lei by Mr. Burman |
| 2:23 p.m. | Bench conference. |
| 2:25 p.m. | Direct examination of Grace Lei by Mr. Burman. |
| 2:31 p.m. | **Courtroom unsealed.** Direct examination of Grace Lei by Mr. Burman. |
| 2:35 p.m. | Recess. |
| 3:10 p.m. | Court reconvened. Instructions to Jury re Ms. Lei's prior testimony. |
| 3:12 p.m. | Cross examination of Grace Lei by Mr. Baxter. |
| 3:51 p.m. | **Courtroom sealed.** |
| 3:59 p.m. | Redirect examination of Grace Lei by Mr. Burman. |
| 4:08 p.m. | **Courtroom unsealed.** |
| 4:09 p.m. | Recross examination of Grace Lei by Mr. Baxter. |
| 4:14 p.m. | Redirect examination of Grace Lei by Mr. Burman. |
| 4:15 p.m. | Witness excused. Bench conference. |
| 4:16 p.m. | Video deposition of Martin Nattoch Dagg. |

| TIME | MINUTES |
| --- | --- |
| 4:28 p.m. | Ms. Garcia and Mr. Zeck read into the record portions of the Lars Gustav Brismark deposition. |
| 4:48 p.m. | Jury excused for recess. Hearing outside the presence of the Jury. Jury instructions are to be revised and sent to the Court by 3:00 p.m. on February 13, 2019. |
| 4:51 p.m. | Recess. |
| 5:13 p.m. | Court reconvened. |
| 5:14 p.m. | Ms. Garcia and Mr. Zeck read into the record additional portions of the Lars Gustav Brismark deposition. |
| 5:17 p.m. | Direct examination of Paul Kakaes, Ph.D. by Mr. Millikan. |
| 5:52 p.m. | Cross examination of Paul Kakaes, Ph.D. by Mr. Millikan. |
| 6:30 p.m. | Redirect examination of Paul Kakaes, Ph.D. by Mr. Millikan. |
| 6:34 p.m. | Jury excused until 8:30 a.m. |
| 6:35 p.m. | Hearing outside the presence of the Jury. |
| 6:37 p.m. | Court adjourned. |