### PLEASE   PRINT   CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jennifer Doan | HTC |
| Josh Thane | HTC |
| Cole Riddell | HTC |
| Dave Burman | HTC |
| Andy Culbert | HTC |
| Jessica Garcia | HTC |
| Tom Millikan | HTC |
| Sam Baxter | Ericsson |
| Ted Stevenson | Ericsson |
| Nick Mathews | Ericsson |
| Warren Lipschitz | Ericsson |

IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY

| CLIENT NAME | COMPANY |
|---|---|
| Marcus Woo | HTC |
| Christina Petersson | Ericsson |
| | |
| | |
| | |
| | |
| | |
| | |

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Christine Worden | Ericsson |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |